# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LINDA CONE SELENSKY,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION 06-0217-WS-M |
| **MOBILE INFIRMARY,** *et al.*, | ) |
| **Defendants.** | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed without prejudice**.

DONE and ORDERED this 12th day of June, 2006.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE